Same case below, 322 Fed. Appx. 659.

**No. 11-5581. Jose Danilo Brizuela-Ramos, Petitioner v. United States.**

565 U.S. 915, 132 S. Ct. 330, 181 L. Ed. 2d 206, 2011 U.S. LEXIS 6156.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 415 Fed. Appx. 528.

**No. 11-5582. Peter Richard Rosa, Petitioner v. Lupe Martinez, Secretary, New Mexico Department of Corrections, et al.**

565 U.S. 915, 132 S. Ct. 331, 181 L. Ed. 2d 206, 2011 U.S. LEXIS 6252.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 422 Fed. Appx. 730.

**No. 11-5583. Willie Todd Smith, Petitioner v. Virginia.**

565 U.S. 915, 132 S. Ct. 331, 181 L. Ed. 2d 206, 2011 U.S. LEXIS 5925.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 11-5584. Armando Cardon-Cortez, Petitioner v. United States.**

565 U.S. 915, 132 S. Ct. 331, 181 L. Ed. 2d 206, 2011 U.S. LEXIS 6089.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-5586. John A. Champion, Petitioner v. United States.**

565 U.S. 915, 132 S. Ct. 331, 181 L. Ed. 2d 206, 2011 U.S. LEXIS 5918.

October 3, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 16 A.3d 975.

**No. 11-5587. Brandon B. Drewry, Petitioner v. Maine.**

565 U.S. 915, 132 S. Ct. 331, 181 L. Ed. 2d 206, 2011 U.S. LEXIS 5889,

October 3, 2011. Petition for writ of certiorari to the Supreme Judicial Court of Maine denied.

**No. 11-5588. Jesus Manuel Diaz-Orozco, aka Manuel Ortega, Petitioner v. United States.**

565 U.S. 915, 132 S. Ct. 331, 181 L. Ed. 2d 206, 2011 U.S. LEXIS 6387.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-5589. Raymond E. Quigley, Petitioner v. United States.**

565 U.S. 915, 132 S. Ct. 331, 181 L. Ed. 2d 206, 2011 U.S. LEXIS 5992.

October 3, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.